### 11269. REYNOLDS v. THE STATE.

BROYLES, C. J. 1. The alleged newly discovered evidence is merely cumulative and impeaching in its character, and, therefore, under repeated rulings of the Supreme Court and of this court, affords no ground for a new trial.

2. There was some evidence which authorized the defendant's conviction of manslaughter, and, the finding of the jury having been approved by the trial judge, this court is without jurisdiction to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 13, 1920.

Indictment for murder; from Putnam superior court — Judge Park. December 20, 1919.

*Davidson, Callaway & DeJarnette,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.

---

### 11278. JONES v. THE STATE.

BROYLES, C. J. Under the facts of the case, none of the exceptions to the charge of the judge, or to his refusal to charge as requested, is well taken; the verdict was amply authorized by the evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 13, 1920.

Conviction of manslaughter; from Crawford superior court — Judge Mathews. December 19, 1919.

*John R. Cooper, R. H. Culverhouse, W. J. Wallace,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.